1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Harvey W. Wimer III   California Bar no. 166326
Dennis J. Mahoney     California Bar no. 124428
Szu Pei Lu-Yang       California Bar no. 231397
**GRAVES & KING LLP**
*Attorneys at Law*
3610 Fourteenth Street, Second Floor
Post Office Box 1548
Riverside, California 92502-1548
(951) 680-0100 / Fax (951) 680-0700
hwimer@gravesandking.com
dmahoney@gravesandking.com
splu@gravesandking.com

Attorneys for the defendants,
CITY OF VICTORVILLE, JOSEPH SLEGERS,
CHRIS BORCHERT, KEVIN COLLINS, and ERNEST PEREA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KHUSHROO CHAUHAN et al., | Case no. EDCV 13-0533 JGB (OPx) |
|---|---|
| plaintiffs, | |
| vs. | [Proposed] ORDER GRANTING MOTION TO DISMISS COMPLAINT OF KHUSHROO CHAUHAN AND TO STRIKE PRAYER FOR PUNITIVE DAMAGES AGAINST CITY OF VICTORVILLE |
| CITY OF VICTORVILLE etc., et al., | |
| defendants. | |
| | Date:        May 20,2013 |
| | Time:        9:00 a.m. |
| | Ctrm:        1 |

The motion of the defendants City of Victorville, Joseph Slegers, Chris Borchert, Kevin Collins, and Ernest Perea for an order dismissing the complaint of Khushroo Chauhan and the motion of the defendant City of Victorville for an order striking the prayer for punitive damages against the City of Victorville came on regularly for hearing on May 20, 2013.  Good cause appearing, it is hereby

ORDERED that the motions to dismiss and to strike shall be, and are hereby, GRANTED; and it is further

///

1    ORDERED that the complaint of Khushroo Chauhan (only) shall be, and is

2 hereby, DISMISSED; and it is further

3    ORDERED that the plaintiffs' prayer for punitive damages against the City of

4 Victorville shall be, and is hereby, STRICKEN from the complaint.

5

6 Dated: _____

7

8                                              _____

9                                              JESUS G. BERNAL
                                               United States District Judge
10

11

12 J:\WP_FILES\PLG-TEAM\hww\9463\PLEADINGS\order re motion to dismiss and to strike.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTIONS TO DISMISS AND TO STRIKE