# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHUSHROO CHAUHAN and SAMSUDDIN SHAIKH,<br><br>            plaintiffs,<br><br>    vs.<br><br>CITY OF VICTORVILLE,<br><br>            defendants. | Case no. EDCV 13-00533 JGB (OPx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

The parties having duly stipulated, it is hereby

ORDERED that this action shall be, and is hereby, DISMISSED in its entirety, with prejudice.

Each party shall bear his or its own costs.

Dated: November 28, 2014

_____
HON. JESUS G. BERNAL
United States District Judge

C:\Users\imacias\AppData\Local\Temp\notesC7A056\final order.wpd